1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KENNETH GLENN HARTMAN,          )NOS. CV 08-01285 GAF (SS) &
                                      )      CV 10-01770 GAF (SS)
12                  Petitioner,       )
                                      )
13          v.                        )
                                      )           **JUDGMENT**
14   TERRI GONZALEZ, Acting Warden,   )
                                      )
15                  Respondent.       )
     _____)

16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  actions  are

22   dismissed with prejudice.

23

24   DATED:  March 8, 2011

25                                    _____
                                      GARY A. FEESS
26                                    UNITED STATES DISTRICT JUDGE

27

28